IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01805-PAB-MJW

BNP PARIBAS, a foreign company,

Plaintiff(s),

v.

THE CITY OF CENTENNIAL, a municipal corporation of the State of Colorado,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 15) is GRANTED finding good cause shown and the Protective Order (docket no. 15) is made an Order of Court.

Date:   September 29, 2011