IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01805-PAB-MJW

BNP PARIBAS, a foreign company,

Plaintiff(s),

v.

THE CITY OF CENTENNIAL, a municipal corporation of the State of Colorado,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's unopposed Motion to Amend Complaint (Docket No. 36) is granted, and the tendered First Amended Complaint (Docket No. 36-1) is accepted for filing as of the date of this Minute Order.

Date:   November 3, 2011