IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01805-PAB-MJW

BNP PARIBAS, a foreign company,

    Plaintiff,

v.

THE CITY OF CENTENNIAL, a municipal corporation of the State of Colorado,

    Defendant.

---

ORDER ( Docket No. 50 )

---

This matter is before the Court on Plaintiff's Unopposed Motion to Amend Scheduling Order. This Court concludes that the request sets forth good cause for the Motion to be granted.

IT IS ORDERED that the Plaintiff's Motion to Amend Scheduling Order is GRANTED. The following Scheduling Order deadlines will be modified as follows:

- Designation of Experts: February 29, 2012
- Service of Written Discovery: March 30, 2012
- Designation of Rebuttal Experts: April 2, 2012
- Discovery Cut-Off (including all depositions): May 2, 2012
- Dispositive Motions Deadline: June 15, 2012
- Final Pretrial Conference: July 17, 2012

DATED this 26th day of January, 2012.

BY THE COURT:

/s/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO