IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01805-PAB-MJW

BNP PARIBAS, a foreign company,

Plaintiff,

v.

THE CITY OF CENTENNIAL, a municipal corporation of the State of Colorado,

Defendant.

---

ORDER [ Docket No. 56 ]

---

This matter is before the Court on Plaintiff's <u>Unopposed</u> Motion for Court Order Requiring Production of Certain Sales Tax Reports. This Court concludes that BNP Paribas has demonstrated a compelling need for the requested documents.

WHEREFORE, it is ORDERED that Plaintiff's <u>Unopposed</u> Motion for Court Order Requiring Production of Certain Sales Tax Reports is GRANTED. Subject to the Protective Order dated September 30, 2011 [Docket No. 22], the City of Centennial shall produce the following documents to BNP Paribas:

- the "City of Centennial Southglenn Report" (CC02550-02577 and CC02652-02679);

- documents entitled "Sales Tax Base Summary By Account Number (11/01/2004-10/31/2005)" (CC02615-02616 and CC02618-02619);

- documents entitled "City of Centennial SouthGlenn Sales Tax By Date Received 11/1/2004-10/31/2005" (CC02620-02633); and

- documents entitled "City of Centennial SouthGlenn Sales Tax By Date Filed 11/1/2004-10/31/2005" (CC02634-02647).

DATED this 12th day of March, 2012.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO