IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 11-cv-01805-PAB-MJW

BNP PARIBAS, a foreign company,

    Plaintiff,

v.

THE CITY OF CENTENNIAL, a municipal corporation of the State of Colorado,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO AMEND THE SCHEDULING ORDER AND AMENDMENT TO SCHEDULING ORDER (DN 60)

This matter is before the Court upon the Parties' Stipulated Motion to Amend the Scheduling Order and Amendment to Scheduling Order ("Motion"). The Court orders as follows:

The Motion is GRANTED. The deadline to disclose rebuttal experts is extended to May 9, 2012 and the discovery cut-off is extended to June 2, 2012.

Dated this 2nd day of April, 2012.

BY THE COURT:

/s/ Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge