IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01805-PAB-MJW

BNP PARIBAS, a foreign company,

Plaintiff(s),

v.

THE CITY OF CENTENNIAL, a municipal corporation of the State of Colorado,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the parties' Stipulated Motion to Amend the Scheduling Order, DN 68, filed with the Court on May 16, 2012, is GRANTED.   The Scheduling Order (DN 29) is amended to reflect that the discovery deadline has been extended up to and including June 8, 2012.

Date:   May 18, 2012