IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01805-PAB-MJW

BNP PARIBAS, a foreign company,

    Plaintiff,

v.

THE CITY OF CENTENNIAL, a municipal corporation of the State of Colorado,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO STAY ACTION
PENDING COMPLETION OF SETTLEMENT AGREEMENT**
( Docket No. 72 )

---

This matter is before the Court upon the Parties' Stipulated Motion to Stay Action Pending Completion of Settlement Agreement ("Motion"). The Court orders as follows:

The Motion is GRANTED. All deadlines and rulings on pending motions in this case are stayed through and including July 5, 2012 and the Final Pretrial Conference is vacated. (set on July 17, 2012

Dated this 5th day of June, 2012.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO