IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01805-PAB-MJW

BNP PARIBAS, a foreign company,

    Plaintiff,

v.

THE CITY OF CENTENNIAL, a municipal corporation of the State of Colorado,

    Defendant.

---

### ORDER GRANTING STIPULATED MOTION FOR ONE WEEK EXTENSION OF STAY PENDING COMPLETION OF SETTLEMENT AGREEMENT

---

This matter is before the Court upon the Parties' Stipulated Motion for One-Week Extension of Stay Pending Completion of Settlement Agreement ("Motion"). The Court orders as follows:

The Motion is GRANTED. All deadlines and rulings on pending motions in this case are stayed through and including July 12, 2012.

Dated this 2nd day of July, 2012.

BY THE COURT:

_/s/ Michael J. Watanabe_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO